**THORPE SHWER, P.C.**
William L. Thorpe (Arizona Bar No. 005641), *Pro Hac Vice*
Tyler J. Grim (Arizona Bar No. 031300), *Pro Hac Vice*
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Facsimile: (602) 682-6149
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: tgrim@thorpeshwer.com

**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
Email: rfinch@messner.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMILENE TANYA PEREZ, | CASE NO. 2:18-cv-00034-APG-VCF |
| Plaintiff, | **STIPULATION TO EXTEND SCHEDULED DEADLINES (FIRST REQUEST)** |
| v. | |
| TIMOTHY TWYFORD; J.B. HUNT TRANSPORT, INC.; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | (Assigned to the Hon. Andrew P. Gordon) |
| Defendants. | |

Pursuant to Local Rules IA 6.1 and 26-4, Plaintiff Tamilene Tanya Perez and Defendants Timothy Twyford and J.B Hunt Transport, Inc. (collectively the "Defendants," and together with Plaintiff, the "Parties") hereby stipulate and agree to extend the deadlines set forth in the previously filed Joint Discovery Plan for a period sixty (60) days. This is the first stipulation to extend any deadline in this proceeding.

**I.      Discovery Completed to Date**

To date, the Parties each propounded written discovery upon one another. Defendants

{02936568 / 1}

9007681

served their responses to Plaintiff's written discovery on April 16, 2018. Plaintiff served her responses to Defendants' written discovery May 15, 2018. A Rule 35 examination of the Plaintiff was also conducted on May 23, 2018.

## II. Discovery Yet to be Completed

Plaintiff's deposition is currently scheduled for June 26, 2018. Additionally, the Parties are still working to coordinate and schedule the depositions of (1) a corporate designee of JB Transport, Inc., (2) many of Plaintiff's medical providers, and (3) Plaintiff's lay witnesses. As detailed below, the Parties have encountered numerous complications in scheduling the depositions of the medical providers. The Parties agree that additional discovery is necessary to clarify certain categories of damages claimed by Plaintiff. The Parties have also not exchanged expert reports or conducted any expert discovery to date. The Parties also will need to address any additional areas of discovery which become apparent through the course of discovery and litigation in this matter.

## III. Necessity of Requested Extension of Time

While the Parties have exchanged responses to written discovery, additional discovery is necessary with respect to certain categories of damages claimed by Plaintiff. Such discovery may necessitate the retention of additional expert witnesses in this case. The current deadline for expert disclosures is July 9, 2018. Additionally, complications continue to exist in securing dates to depose several of the Plaintiff's medical health care providers. The current deadline to complete discovery is September 6, 2018. Due to these issues, the Parties believe an extension as outlined below to all remaining deadlines is necessary. The Parties are confident the requested extension will provide a sufficient amount of time for the Parties to complete additional discovery as to the categories of damages claim by Plaintiff, identify all necessary expert witnesses, and schedule and complete all necessary depositions in this matter.

## IV. Requested Modifications to the Scheduling Order

The Parties stipulate and agree to modify the Joint Discovery Plain as follows:

1. **Discovery Cutoff Date:** November 6, 2018
2. **Expert Disclosures:** September 7, 2018

2

| | | | |
|---|---|---|---|
| 3. | **Expert Rebuttal:** | October 9, 2018 | If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. |
| 4. | **Dispositive Motions:** | December 10, 2018 | |
| 5. | **Joint Pretrial Order:** | January 7, 2018 | |
| 6. | **Interim Status Report:** | September 7, 2018 | |

IT IS SO AGREED this 20th day of June, 2018.

DE CASTROVERDE LAW GROUP    THORPE SHWER, P.C.

By */s/ David Menocal*
   David Menocal
   Kimberly Valentin
   Peter Peterson
   1149 S. Maryland Parkway
   Las Vegas, NV 89104
   **Attorneys for Plaintiff**

By */s/ William L. Thorpe*
   William L. Thorpe *(Pro Hac Vice)*
   Tyler Grim *(Pro Hac Vice)*
   3200 North Central Avenue
   Suite 1560
   Phoenix, AZ 85012
   **Attorneys for Defendants**

MESSNER REEVES LLP

By */s/ Renee M. Finch*
   Renee M. Finch, Esq.
   Nevada Bar No. 13118
   8945 West Russell Road, Suite 300
   Las Vegas, Nevada 89148
   **Co-Counsel for Defendants**

## **ORDER**

IT IS SO ORDERED.

DATED: June 20, 2018

_____
UNITED STATES MAGISTRATE JUDGE