# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

TAMILENE TANYA PEREZ,

    Plaintiff,

vs.

TIMOTHY TWYFORD, *et al.*,

    Defendants.

2:18-cv-00034-APG-VCF

**ORDER**

Before the court is Defendant J.B. Hunt's Motion to Quash 30(b)(6) Deposition and for Protective Order (ECF Nos. 26 & 27).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant J.B. Hunt's Motion to Quash 30(b)(6) Deposition and for Protective Order (ECF Nos. 26 & 27) is scheduled for 11:00 AM, September 14, 2018, in Courtroom 3D.

DATED this 5th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE